UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:96-cr-00616 |
| Plaintiff-Respondent, | ORDER |
| v. | |
| ALAN PHETSADAKONE, | |
| Defendant-Petitioner. | |

This matter comes before the Court on Defendant's request to strike arguments and evidence raised for the first time in Petitioner's reply or, in the alternative, for leave to file a surreply addressing these issues. Dkt. No. 44. The Government submitted its request under Local Civil Rule 7(g).

The Court has not yet ruled on Phetsadakone's motion for a writ of coram nobis, Dkt. No. 32, but the Court agrees with the Government that Phetsadakone has raised new arguments and evidence in his reply, Dkt. No. 41, which are absent from his motion. Namely, Phetsadakone argues in his reply that his youthfulness and lack of resources to obtain counsel were reasons justifying his delay in filing his coram nobis petition. Dkt. No. 41 at 6. His reply also includes a supporting

ORDER - 1

declaration from Jay Stansell. Dkt. No. 41 at 10–12. Neither these arguments nor Stansell's declaration are mentioned in Phetsadakone's initial moving papers. Dkt. No. 32.

The Government moves to strike the new materials, but that is too harsh a sanction given the Court's interests in resolving cases on the merits and not on filing irregularities. Indeed, the newly raised arguments and evidence appear relevant to the Court's coram nobis analysis. The Court, however, will not consider new evidence presented in a reply without giving the Government an opportunity to respond. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996).

Accordingly, the Court GRANTS IN PART the Government's motion. Dkt. No. 44. The Government may file a surreply within seven (7) days of this Order, not to exceed five (5) pages in length. The Government's motion is DENIED in all other respects.

Dated this 3rd day of December 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2